**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Robert C. Hurlburt

   v.            Civil No. 07-cv-363-PB

NH Attorney General


**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**


  Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

  **SO ORDERED.**


            _James R. Muirhead_____
            James R. Muirhead
           United States Magistrate Judge


Date: November 7, 2007

cc:  Robert C. Hurlburt, pro se